UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:13-CV-00616-CCE-JEP

| | |
|---|---|
| ANGIE AND LEONARD KING,<br><br>Plaintiffs,<br><br>v.<br><br>CITIFINANCIAL SERVICES, INC.<br><br>Defendant. | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

NOW COME the Parties, jointly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and stipulate that this action, including all claims alleged therein, are dismissed WITH PREJUDICE. Each party shall bear its own costs and attorney's fees.

This the 25th day of June, 2014.

| | |
|---|---|
| s/ Ruth M. Allen | s/ Donald R. Pocock |
| Ruth M. Allen, NC Bar No. 34739 | Donald R. Pocock, NC Bar No. 29393 |
| Attorney for Plaintiff | Attorney for Defendant |
| LEMBERG & ASSOCIATES L.L.C. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 7413 Six Forks Road, Suite 326 | 380 Knollwood Street, Suite 530 |
| Raleigh, NC 27615 | Winston-Salem, NC 27103 |
| Telephone: 855.301.2100 ex 5536 | Telephone: 336.774-3324 |
| Fax: 888.953.6237 | Fax: 336.774.3376 |
| E-mail: rallen@lemberglaw.com | E-mail: donald.pocock@nelsonmullins.com |

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such to the following:

> Donald R. Pocock
> Nelson Mullins Riley & Scarborough LLP
> E-mail: donald.pocock@nelsonmullins.com

And I hereby certify that I have mailed the foregoing to the following non CM/ECF participants:

> None.

s/ Ruth M. Allen
Ruth M. Allen, NC Bar No. 34739
Attorney for Plaintiff
LEMBERG & ASSOCIATES L.L.C.
7413 Six Forks Road, Suite 326
Raleigh, NC 27615
Telephone: 855.301.2100 ex 5536
Fax: 888.953.6237
E-mail: rallen@lemberglaw.com

2

~#4844-0859-2155 v.1 - 12034/01809~

Case 1:13-cv-00616-CCE-JEP   Document 14   Filed 06/25/14   Page 2 of 2